Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa M. Torres<br><br>          Plaintiff,<br>v.<br><br>Cash Advance Now aka Cash Advance Now, LLC aka Cash Advance Now, Inc. aka CashAdvanceNow.com aka CashAdvanceNow.com, LLC aka CashAdvanceNow.com, Inc. aka Car Dome, Inc. d/b/a Cash Advance Now<br><br>          Defendant. | **Case No: 10-CV-00413 JAM-KJN**<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>**HON. JOHN A. MENDEZ** |

   Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the entire action to be, and is, dismissed without prejudice. IT IS SO ORDERED.

Dated: July 16, 2010          /s/ John A. Mendez
                              UNITED STATES DISTRICT JUDGE